**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ **2nd**   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Ramon Zamora**   JOINT DEBTOR: ___   CASE NO.: ___
Last Four Digits of SS# **xxx-xx-7126**   Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **109.73** for months **1** to **20** ;
B. $ **95.79** for months **21** to **36** ;
C. $ ___ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00** TOTAL PAID $ **1,525.00**
Balance Due $ **1,975.00** payable $ **98.75** /month (Months **1** to **20** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. ___   Arrearage on Petition Date $ **0.00**
   Address: ___   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Account No: ___   Regular Payment $ **0.00** /month (Months **0** to **0** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due $ ___
   Payable $ ___ /month (Months _ to _ )   Regular Payment $ ___

Unsecured Creditors: Pay $ **86.21** /month (Months **21** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Chase Mortgage (Acct XXXX6462): Debtor's daughter will claim directly.**
**Forest Lakes POA, Inc. (Acct XXXX1610B): Debtor's daughter will claim directly.**

**The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Arnaldo R Zamora Obregon**
**Arnaldo R Zamora Obregon**
Debtor
Date: **May 26, 2016**